UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO SANTIAGO PEREZ,<br>    Plaintiff,<br><br>v.<br><br>PENSKE LOGISTICS, LLC;<br>PENSKE LOGISTICS CANADA LTD;<br>and WHEEL KING TRANSHAUL, INC.,<br>    Defendants. | :<br>:<br>:<br>:   No. 5:20-cv-05591<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 17th day of August, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Remand, ECF No. 7, is **DENIED**.

   A. Defendant Penske Logistics, LLC was fraudulently joined and is **DISMISSED**.

   B. The Clerk of Court is directed to **TERMINATE** Penske Logistics, LLC.

2. The Motion to Dismiss, ECF No. 16, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge